IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SYLVIA HARRISON and JOE PARKER, | ) ) ) |
| Plaintiffs, | ) ) NO. 1:20-cv-00004 |
| v. | ) ) JUDGE CAMPBELL |
| VALLEY PACKAGING CORPORATION, | ) MAGISTRATE JUDGE HOLMES ) ) |
| Defendant. | ) |

**ORDER**

The parties have filed a Stipulation of Dismissal. (Doc. No. 109). Accordingly, this action is **DISMISSED** with prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE